# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

FILED
APPEAL
SEP 0 7 2006
D.C.

August 28, 2006

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 06-12159-GG**
Case Style: Nurse "BE" v. Michael Chaparro, M.D.
District Court Number: 05-80342 CV-COHN ()

The following action has been taken in the referenced case:

The Joint Motion to Supplement the Record on Appeal is GRANTED. Note to DC: Included are Volumes 1 & 2 of the supplement.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: David Murdock (404) 335-6176

MOT-2 (03-2006)

Attachments

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

# CASE NO. 05-80342-CIV-JIC
# DE#182

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

_____

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☒ OTHER = Attachments from the 11th Circuit